# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BELL, | CASE NO. 1:10-cv-01762-SKO PC |
| Plaintiff, | ORDER DENYING MOTION TO OPEN DISCOVERY |
| v. | (Doc. 11) |
| SHERRY LOPEZ, et al., | |
| Defendants. | |

Plaintiff Horace Bell, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 24, 2010. On December 15, 2010, Plaintiff filed a motion seeking to open discovery to secure declarations he will need to support his claims.

Plaintiff's motion is HEREBY DENIED. Discovery will open only after an answer is filed. (Doc. 2, First Informational Order, ¶8.)

IT IS SO ORDERED.

**Dated: April 14, 2011**            /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

1